IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT BREHM,
    Plaintiff,

vs.                                  Case No.: 5:11cv246/MMP/EMT

UNITED STATES,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 28 U.S.C. § 1331 (doc. 1). On August 24, 2011, Plaintiff was given thirty (30) days to pay an initial partial filing fee in the amount of $2.45 (*see* doc. 10). Plaintiff failed to respond to the order; therefore, on October 5, 2011, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 11). Plaintiff filed a notice of inquiry, in the form of a letter, that the clerk docketed on October 20, 2011 pursuant to this court's order (*see* docs. 12, 13). Based on the content of that letter, the court afforded Plaintiff an additional thirty (30) days to pay the initial partial filing fee and any additional amounts that had become due (doc. 12). Plaintiff responded with a letter that stated, "I am tired of your masonic games keep your suit lile [sic] get my justice on the street 333 U Street Washington D.C. I got your number." (doc. 15). No payments have been received. Thus over three months have elapsed since Plaintiff was directed to pay the initial partial filing fee, but he has failed to comply with the directive.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 7<u>th</u> day of December 2011.


>  /s/ *Elizabeth M. Timothy*
>  **ELIZABETH M. TIMOTHY**
>  **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**